Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  J-H-J, Inc.

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  72-1013580

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **5910 Airline Highway**<br>**Baton Rouge, LA 70805**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **East Baton Rouge**<br>County | **Location of principal assets, if different from principal place of business**<br>**5963 Plank Road, Baton Rouge, LA 70805 and 9702 Greenwell Springs Road, Baton Rouge, LA 70805**<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

| Debtor | **J-H-J, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply*:
  - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

- ■ No.
- ☐ Yes.

If more than 2 cases, attach a separate list.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☐ No
- ■ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | **See Attachment** | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

| Debtor | **J-H-J, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**  *Check all that apply:*

- ■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

- ■ No
- ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

   **Why does the property need immediate attention?** (*Check all that apply.*)
   - ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
       What is the hazard? _____
   - ☐ It needs to be physically secured or protected from the weather.
   - ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
   - ☐ Other _____

   **Where is the property?** _____
   Number, Street, City, State & ZIP Code

   **Is the property insured?**
   - ☐ No
   - ☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*
- ■ Funds will be available for distribution to unsecured creditors.
- ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **J-H-J, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 15, 2019**
                 MM / DD / YYYY

**X**   **/s/ Garnett C. Jones, Jr.**        **Garnett C. Jones, Jr.**
     Signature of authorized representative of debtor        Printed name

Title   **President**

**18. Signature of attorney**

**X**   **/s/ Barbara B. Parsons**        Date   **November 15, 2019**
     Signature of attorney for debtor        MM / DD / YYYY

**Barbara B. Parsons 28714**
Printed name

**The Steffes Firm, LLC**
Firm name

**13702 Coursey Blvd.**
**Building 3**
**Baton Rouge, LA 70817**
Number, Street, City, State & ZIP Code

Contact phone   **225-751-1751**      Email address   **bparsons@steffeslaw.com**

**28714 LA**
Bar number and State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page 4
19-51367 - #1   File 11/15/19   Enter 11/15/19 13:56:45   Main Document   Pg 4 of 14

Debtor **J-H-J, Inc.** Case number (*if known*)
        Name

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
WESTERN DISTRICT OF LOUISIANA

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| Debtor | **J-H-J, Inc.** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | Name | | | | |
| Debtor | **Baker Piggly Wiggly, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | **11/15/19** | Case number, if known | **TBD** |
| Debtor | **BR Pig, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | **11/15/19** | Case number, if known | **TBD** |
| Debtor | **Lafayette Piggly Wiggly, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | **11/15/19** | Case number, if known | **19-51366** |
| Debtor | **SVFoods Avondale, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | | Case number, if known | **TBD** |
| Debtor | **SVFoods Big Pic, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | | Case number, if known | **TBD** |
| Debtor | **SVFoods Harvey, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | | Case number, if known | **TBD** |
| Debtor | **SVFoods Jefferson, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | **11/15/19** | Case number, if known | **TBD** |
| Debtor | **SVFoods Little Pic, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | | Case number, if known | **TBD** |
| Debtor | **SVFoods Old Hammond, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | **11/15/19** | Case number, if known | **TBD** |
| Debtor | **SVFoods Walker, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | | Case number, if known | **TBD** |
| Debtor | **SVFoods Westwego, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | | Case number, if known | **TBD** |
| Debtor | **T&S Markets, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | **11/15/19** | Case number, if known | **TBD** |
| Debtor | **T.H.G. Enterprises, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | **11/15/19** | Case number, if known | **TBD** |
| Debtor | **TSD Markets, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | **11/15/19** | Case number, if known | **TBD** |
| Debtor | **TSJ Markets, L.L.C.** | | | Relationship to you | **Affiliate** |
| District | **Western District of Louisiana Lafayette Division** | When | | Case number, if known | **TBD** |

District Counsel - IRS
PO Box 30509
New Orleans, LA 70190


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346


Office of the U.S. Attorney - WDLA
Lafayette/Lake Charles/Alexandria
800 Lafayette St., Ste. 2200
Lafayette, LA 70501-6865


Advanced Cellular Enterprises, Inc.
Attn: Gurjit Sandhu
5950 Airline Highway
Baton Rouge, LA 70805


Airline Highway Mobile Home & RV Supply
5956 Airline Highway
Baton Rouge, LA 70805


Alta Supply
1750 South Lane
Suite 3
Mandeville, LA 70471


Baker Piggly Wiggly, LLC
5910 Airline Highway
Baton Rouge, LA 70805


Bergeron Pecans
10003 False River Road
New Roads, LA 70760


Bimbo Bakeries
Lockbox 846243
Dallas, TX 75284


BR Pig LLC
5910 Airline Highway
Baton Rouge, LA 70805

BR Welding Supply, LLC
125 Thruway Park
Broussard, LA 70518


Brian Cohn
10754 Linkwood Court
Suite 1
Baton Rouge, LA 70810


Briggs Equipment
Lockbox 841272
Dallas, TX 75284-1272


Brunson Safe Lock Co.
4137 Plank Road
Baton Rouge, LA 70802


Cardtronics USA, Inc.
3250 Briarpark Drive
Suite 400
Houston, TX 77042


Cobalt Realty, LLC
Dr. Andre' Bruni
4451 Bluebonnet Blvd., Suite F
Baton Rouge, LA 70809


Coca Cola
PO Box 105637
Atlanta, GA 30348-5637


Cochran Scales, Inc.
3210 NE Evangeline Thruway
Lafayette, LA 70507


Continental Flowers
8101 NW 21st
Miami, FL 33122


Cox
701 Florida Blvd.
Baton Rouge, LA 70806

Crown Castle Towers 05 LLC
Attn: Legal Department
Re Cell Site #817624 LA JHJ Shopping Ctr
2000 Corporate Drive
Canonsburg, PA 15317


David Barrett, Inc.
10430 Wilshire Boulevard
Suite 1103
Los Angeles, CA 90067


Dollar Tree Stores, Inc.
Attn: Lease Admin. Department
500 Volvo Parkway
Store # 6053
Chesapeake, VA 23320


Dumac
1001 N. 11th Street
Suite C
Monroe, LA 71201


Easy Money of Louisiana
5962 Airline Highway
Baton Rouge, LA 70805


FirstLease
1 Walnut Grove Drive
Suite 300
Horsham, PA 19044


Foxbow Realty, Inc. (as successor
in-interest to Hancock Fabrics, Inc.)
1000 Pennsylvania Avenue
Brooklyn, NY 11207


Fresenius Medical Care Capital City, LLC
5948 Airline Highway
Baton Rouge, LA 70805


Fresnius Medical Care Louisiana, LLC
c/o Fresnius Medical Care North America
Attention: Law Department
920 Winter Street
Waltham, MA 02451

Garda CL Southeast, Inc.
3021 Gilroy Street
Los Angeles, CA 90039


Garda CL, Inc.
700 S. Federal Hwy
Suite 300
Boca Raton, FL 33432


Garnett C. Jones, Jr.
5910 Airline Highway
Baton Rouge, LA 70805


General Paper Co
PO Box 77610
Baton Rouge, LA 70879


Guang Ming Lin
5920 Airline Highway
Baton Rouge, LA 70805


Hope Care of Louisiana
Attn: Lucille Cox
5906 Airline Highway
Baton Rouge, LA 70805


IberiaBank
200 W. Congress St.
Lafayette, LA 70501


Jackson Hewitt Tax Service
PO Box 77478
Baton Rouge, LA 70879


Jin's Hair Crown Beauty Supply
5934 Airline Highway
Baton Rouge, LA 70805


Jones Signs, LLC
8339 Florida Boulevard
Denham Springs, LA 70726


Kik International, LLC
Dept, Ch 14106
Palatine, IL 60055-1406

Lafayette Piggly Wiggly, L.L.C.
5910 Airline Highway
Baton Rouge, LA 70805


Liberty Tax
dba Professional Tax Solutions
1716 Corporate Landing Parkway
Virginia Beach, VA 23454


Louisiana Lift and Equipment
15151 Airline Highway
Baton Rouge, LA 70817


Manda
PO Box 3374
Baton Rouge, LA 70821


Maruchan, Inc.
PO Box 31001-1614
Pasadena, CA 91110-1614


MSI Inventory Service
PO Box 320129
Flowood, MS 39232-0129


Ocean Select
1019 Nina Highway
Breaux Bridge, LA 70517


Plank Plaza Investors, LLC
1840 Main St.
Suite 304
Fort Lauderdale, FL 33326


Red Stick Wireless
dba Dr. Wireless
1431 Cottondale Dr.
Apt. C
Baton Rouge, LA 70815


Rivers Security
20088 Hwy 16
Amite, LA 70422

Roberson
315 Industrial Parkway Drive
Bogalusa, LA 70427


Scariano Brothers
11052 Scariano Lane
Hammond, LA 70403


Secure Shredding and Recyling
PO Box 15465
Baton Rouge, LA 70895


Shop to Cook
190 Lawrence Bell Drive
Suie 100
Buffalo, NY 14221


ShoptoCook, Inc.
Attn: Frank Beurskens, CEO
165 Rano Street
Suite 100
Buffalo, NY 14207


Simple Signman
6602 Executive Park Court
Suite 201
Jacksonville, FL 32216


Stanley Access Tech
PO Box 0371595
Pittsburgh, PA 15251-7595


Stoplift
186 Alewife Brook Parkway 300
Cambridge, MA 02138-1104


SVFoods Avondale LLC
5910 Airline Highway
Baton Rouge, LA 70805


SVFoods Big Pic LLC
5910 Airline Highway
Baton Rouge, LA 70805

SVFoods Harvey LLC
5910 Airline Highway
Baton Rouge, LA 70805


SVFoods Jefferson LLC
5910 Airline Highway
Baton Rouge, LA 70805


SVFoods Little Pic LLC
5910 Airline Highway
Baton Rouge, LA 70805


SVFoods Old Hammond LLC
5910 Airline Highway
Baton Rouge, LA 70805


SVFoods Walker LLC
5910 Airline Highway
Baton Rouge, LA 70805


SVFoods Westwego LLC
5910 Airline Highway
Baton Rouge, LA 70805


T & S Markets LLC
5910 Airline Highway
Baton Rouge, LA 70805


T. H. G. Enterprises, L.L.C.
5910 Airline Highway
Baton Rouge, LA 70805


Talk More Wireless Alabama, LLC
1934 Hollywood Boulevard
Suite 200
Hollywood, FL 33020


Ted W. Harvey
5910 Airline Highway
Baton Rouge, LA 70805


TSD Markets LLC
5910 Airline Highway
Baton Rouge, LA 70805

TSJ Markets LLC
5910 Airline Highway
Baton Rouge, LA 70805


UNFI/SuperValu
11840 Valley View Road
Eden Prairie, MN 55344