**Fill in this information to identify the case:**

Debtor name    **J-H-J, Inc.**

United States Bankruptcy Court for the:   **WESTERN DISTRICT OF LOUISIANA**

Case number (if known)   **19-51367**

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

   ☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
   ☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   ☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
   ☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
   ☐   *Schedule H: Codebtors* (Official Form 206H)
   ☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
   ☐   Amended *Schedule*
   ☒   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
   ☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 15, 2019**    X **/s/ Garnett C. Jones, Jr.**
                                   Signature of individual signing on behalf of debtor

                                     **Garnett C. Jones, Jr.**
                                     Printed name

                                     **President**
                                     Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **J-H-J, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF LOUISIANA** |
| Case number (if known): | **19-51367** |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Alta Supply 1750 South Lane Suite 3 Mandeville, LA 70471** | | | | | | $36,170.53 |
| **Bergeron Pecans 10003 False River Road New Roads, LA 70760** | | | | | | $4,239.00 |
| **Bimbo Bakeries Lockbox 846243 Dallas, TX 75284** | | | | | | $31,356.82 |
| **Briggs Equipment Lockbox 841272 Dallas, TX 75284-1272** | | | | | | $1,073.12 |
| **Coca Cola PO Box 105637 Atlanta, GA 30348-5637** | | | | | | $108,188.26 |
| **Cochran Scales, Inc. 3210 NE Evangeline Thruway Lafayette, LA 70507** | | | | | | $1,563.50 |
| **Dumac 1001 N. 11th Street Suite C Monroe, LA 71201** | | | | | | $10,401.68 |
| **IberiaBank 200 W. Congress St. Lafayette, LA 70501** | | **SBA Loan** | | | | $3,348,955.06 |
| **Jones Signs, LLC 8339 Florida Boulevard Denham Springs, LA 70726** | | | | | | $1,231.31 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Kik International, LLC Dept, Ch 14106 Palatine, IL 60055-1406** | | | | | | **$9,522.24** |
| **Manda PO Box 3374 Baton Rouge, LA 70821** | | | | | | **$61,813.90** |
| **Maruchan, Inc. PO Box 31001-1614 Pasadena, CA 91110-1614** | | | | | | **$16,141.40** |
| **MSI Inventory Service PO Box 320129 Flowood, MS 39232-0129** | | **Inventory Services** | | | | **$2,912.29** |
| **Ocean Select 1019 Nina Highway Breaux Bridge, LA 70517** | | | | | | **$53,887.90** |
| **Rivers Security 20088 Hwy 16 Amite, LA 70422** | | | | | | **$7,280.00** |
| **Roberson 315 Industrial Parkway Drive Bogalusa, LA 70427** | | | | | | **$18,300.94** |
| **Scariano Brothers 11052 Scariano Lane Hammond, LA 70403** | | | | | | **$152,809.16** |
| **Shop to Cook 190 Lawrence Bell Drive Suie 100 Buffalo, NY 14221** | | | | | | **$2,956.00** |
| **Simple Signman 6602 Executive Park Court Suite 201 Jacksonville, FL 32216** | | | | | | **$2,462.88** |
| **Stoplift 186 Alewife Brook Parkway 300 Cambridge, MA 02138-1104** | | | | | | **$3,960.00** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy