**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF LOUISIANA**
**Lafayette Division**

IN RE:                                   CASE NO. 19-51370

**J-H-J, Inc.,** *et al.*                      **CHAPTER 11**

   **DEBTORS**                           **JOINTLY ADMINISTERED**

**AMENDED MAILING LIST**
**Verification**

Penalties for making a false statement or for concealing property are a fine up to $500,000.00 or imprisonment for up to five (5) years or both. (18 U.S.C. §§ 152 and 3571).

**DECLARATION**

I declare under penalty of perjury that the foregoing mail list, comprising _3_ page(s), is true and correct. Signed on December 12, 2019.


SVFoods Jefferson, LLC, Debtor


Signed: /s/ Garnett C. Jones, Jr.
          Garnett C. Jones, Jr., Member


Signed: /s/ Barbara B. Parsons
          WILLIAM E. STEFFES (#12426)
          BARBARA B. PARSONS (#28714)
          The Steffes Firm, LLC
          13702 Coursey Blvd., Building 3
          Baton Rouge, Louisiana 70817
          Telephone: (225) 751-1751
          Facsimile: (225) 751-1998
          E-mail: bparsons@steffeslaw.com

*Attorneys for Debtors*

# INTERESTED PARTIES TO BE ADDED

Anthony M. Fazzio
4906 Ambassador Caffery Parkway
Suite 1000
Lafayette, LA 70508

Brandon Brown
Stewart Robbins Brown
301 Main Street
Suite 1640
Baton Rouge, LA 70801

Cristen Marcotte
Alvendia, Kelly & Demarest, LLC
909 Poydras Street
Suite 1625
New Orleans, LA 70112

Damion Jack
201 St. Charles Avenue
Suite 500
New Orleans, LA 70170

David F. Rutledge
330 Settlers Trace Blvd.
Suite A
Lafayette, LA 70508

George R. Pitts
Rubin and Rudman LLP
800 Connecticut Ave. NW
Washington, DC 20006

Harold L. Ehrenberg
2113 Veterans Blvd
Metairie, LA 70002

J. Benjamin Avin
Irpino Law Firm
2216 Magazine Street
New Orleans, LA 70130

J. Michael Daly, Jr.
Walker-Daly, LLP
3939 N. Causeway Blvd.
Suite 200
Metairie, LA 70002

Jay M. Simon
8480 Bluebonnet Blvd.
Suite G
Baton Rouge, LA 70810

Jeanne K. Demarest
Alvendia, Kelly & Demarest, LLC
909 Poydras Street
Suite 1625
New Orleans, LA 70112

John M. Allen, III
38167 Post Office Road
Prairieville, LA 70769

John W. Milton
201 East Willow Street
Lafayette, LA 70509

L. Clayton Burgess
605 West Congress Street
Lafayette, LA 70501

Leo J. Palazzo
732 Behrman Hwy
Suite F
Gretna, LA 70056

Patrick J. Eskew
Blake Jones Law Firm, LLC
701 Poydras Street
Suite 4100
New Orleans, LA 70139

Paul B. Lambremont
4550 North Blvd.
Suite 220
Baton Rouge, LA 70806

Pierre F. Gaudin
1088 4th Street
Gretna, LA 70053

W. Alan Lilley
Goforth & Lilley, APLC
109 Stewart Street
Lafayette, LA 70501

W. Corey Grimley
600 Jefferson St.
Suite 600
Lafayette, LA 70501

Willie G. Johnson, Jr.
PO Box 84509
Lafayette, LA 70503

**Fill in this information to identify the case:**

Debtor name    **SVFoods Jefferson, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   **19-51370**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **December 12, 2019**    X **/s/ Garnett C. Jones, Jr.**
                                             Signature of individual signing on behalf of debtor

                                             **Garnett C. Jones, Jr.**
                                             Printed name

                                             **Member**
                                             Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **SVFoods Jefferson, LLC**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF LOUISIANA

Case number (if known)    **19-51370**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

### Part 1:    Summary of Assets

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................................    $ _____0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.............................................................................................    $ _____1,109,859.79

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*...............................................................................................    $ _____1,109,859.79

---

### Part 2:    Summary of Liabilities

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $ _____10,428,532.20

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................................    $ _____0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$ _____1,115,821.82

4.    Total liabilities ..........................................................................................................................
    Lines 2 + 3a + 3b    $    **11,544,354.02**

19-51367 - #85  File 12/12/19  Enter 12/12/19 12:06:38  Main Document  Pg 6 of 47

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand** | **$13,193.32** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Iberia** | **Operating** | 1733 | **$8,498.32** |
| 3.2. | **Chase** | **Payroll** | 1622 | **$488.02** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| | |
|---|---|
| | **$22,179.66** |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11b. Over 90 days old: 28,087.14 - 0.00 =.... $28,087.14

face amount      doubtful or uncollectible accounts

12. **Total of Part 3.** $28,087.14
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** <br> **Supplies, Grovery,** <br> **Frozen, Dairy, HBA,** <br> **Liq/Beer/Wine, Meat,** <br> **Produce, Deli** | | **$0.00** | | **$534,000.10** |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.** $534,000.10
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
☐ No
■ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☐ No
■ Yes. Book value   0.00   Valuation method     Current Value   0.00

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7:    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

- ■ No. Go to Part 8.
- ☐ Yes Fill in the information below.

## Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

- ☐ No. Go to Part 9.
- ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.**    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.**    **Aircraft and accessories** | | | |
| **50.**    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
|    **Store Equipment** | $0.00 | | $410,166.86 |

**51.**    **Total of Part 8.**                   **$410,166.86**

Add lines 47 through 50. Copy the total to line 87.

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ■ No. Go to Part 11.
- ☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.

■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Potential Claims Against UNFI/SuperValu Entitites** | **Unknown**

Nature of claim
Amount requested | **$0.00**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**Leasehold Improvements** | **$115,426.03**

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90. | **$115,426.03**

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $22,179.66 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $28,087.14 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $534,000.10 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $410,166.86 | |
| 88. **Real property.** *Copy line 56, Part 9.*..........................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $115,426.03 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,109,859.79 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,109,859.79 |

Debtor name **SVFoods Jefferson, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **19-51370**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:  List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

### 2.1 IberiaBank
Creditor's Name

Describe debtor's property that is subject to a lien

Column A: **$3,348,955.06**  
Column B: **Unknown**

**200 W. Congress Street**
**Lafayette, LA 70501**
Creditor's mailing address

Describe the lien
**SBA 7(a)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2018**

**Last 4 digits of account number**
**9560**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

### 2.2 UNFI/SuperValu
Creditor's Name

Describe debtor's property that is subject to a lien
**Inventory, Equipment, General Intangibles**

Column A: **$7,079,577.14**  
Column B: **$966,346.62**

**11840 Valley View Road**
**Eden Prairie, MN 55344**
Creditor's mailing address

Describe the lien
**Promissory Note**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**3/2018**

**Last 4 digits of account number**
**5539**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

Name

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☑ Contingent

☐ Unliquidated

☑ Disputed

---

3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$10,428,532. 20** |

**Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Brian Cohn**<br>**10754 Linkwood Court**<br>**Suite 1**<br>**Baton Rouge, LA 70810** | Line **2.1** | |
| **George R. Pitts**<br>**Rubin and Rudman, LLP**<br>**800 Connecticut Ave. NW**<br>**Washington, DC 20006** | Line **2.2** | |

Debtor name **SVFoods Jefferson, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **19-51370**

☐ Check if this is an
amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:** List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| | | |
|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | $383.58 |
| | **Adams FFI, LLC** | |
| | **PO Box 1726** | |
| | **Gonzales, TX 78629** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2019**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.2 | **Nonpriority creditor's name and mailing address** | $14,958.31 |
| | **Alta Supply** | |
| | **1750 South Lane** | |
| | **Suite 3** | |
| | **Mandeville, LA 70471** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/2019-10/2019**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.3 | **Nonpriority creditor's name and mailing address** | $11,358.26 |
| | **Baker Piggly Wiggly, L.L.C.** | |
| | **5910 Airline Highway** | |
| | **Baton Rouge, LA 70805** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ☐ No ■ Yes

| | | |
|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address** | $7,643.67 |
| | **Bimbo Bakeries** | |
| | **Lockbox 846243** | |
| | **Dallas, TX 75284** | |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/2019-10/2019**

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$272,500.00** |
|---|---|---|---|

**BR Pig LLC**
**590 Airline Highway**
**Baton Rouge, LA 70805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,116.18** |
|---|---|---|---|

**Coca Cola**
**PO Box 105637**
**Atlanta, GA 30348-5637**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/2019-10/2019

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,323.65** |
|---|---|---|---|

**Dumac**
**1001 N. 11th Street**
**Suite C**
**Monroe, LA 71201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 8/2019-10/2019

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$361.19** |
|---|---|---|---|

**Hugg & Hall**
**PO Box 194110**
**Little Rock, AR 72219-4110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/2019

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$581,737.95** |
|---|---|---|---|

**J-H-J Inc.**
**5910 Airline Highway**
**Baton Rouge, LA 70805**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,315.89** |
|---|---|---|---|

**Manda**
**PO Box 3374**
**Baton Rouge, LA 70821**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 8/2019-10/2019

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$948.87** |
|---|---|---|---|

**MSI Inventory Service**
**PO Box 320129**
**Flowood, MS 39232-0129**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 9/2019

**Last 4 digits of account number** __

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,365.80 |
| --- | --- | --- | --- |

**Ocean Select**
1019 Nina Highway
Breaux Bridge, LA 70517

Date(s) debt was incurred  8/2019-10/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,668.00 |
| --- | --- | --- | --- |

**Rivers Security**
20088 Hwy 16
Amite, LA 70422

Date(s) debt was incurred  9/2019-10/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,549.61 |
| --- | --- | --- | --- |

**Roberson**
315 Industrial Parkway Drive
Bogalusa, LA 70427

Date(s) debt was incurred  7/2019-10/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,556.41 |
| --- | --- | --- | --- |

**Scariano Brothers**
11052 Scarano Lane
Hammond, LA 70403

Date(s) debt was incurred  8/2019-10/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,400.00 |
| --- | --- | --- | --- |

**Southern Cleaning Service**
13052 US Highway 11
Springville, AL 35146

Date(s) debt was incurred  7/2019-10/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $172.00 |
| --- | --- | --- | --- |

**Stanley Access Tech**
PO Box 0371595
Pittsburgh, PA 15251-7595

Date(s) debt was incurred  7/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,287.00 |
| --- | --- | --- | --- |

**Stoplift**
186 Alewife Brook Parkway 300
Cambridge, MA 02138-1104

Date(s) debt was incurred  9/2019

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $74,500.00 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|------------|

**SVFoods Big Pic LLC**
**5910 Airline Highway**
**Baton Rouge, LA 70805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☐ No ■ Yes

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $675.45 |
|------|--------------------------------------------------|-----------------------------------------------------------------------|---------|

**The Times Picayune**
**PO Box 919328**
**Dallas, TX 75391-9328**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/2019-10/2019

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---------------------------|---------------------------------------------------------------------------|-----------------------------------------|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 1,115,821.82 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 1,115,821.82 |

Debtor name   **SVFoods Jefferson, LLC**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF LOUISIANA

Case number (if known)   **19-51370**

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases   12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **10 Year lease of 3623 Jefferson Hwy, Jefferson, LA 70123 from March 1, 2020 through March 1, 2030.** | |
| State the term remaining    **10 Years** | **Marrero DG, LLC Attn: G. Paul Dorsey, III 129 Chartres Street New Orleans, LA 70130** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **24 month equipment lease. Expires 1st qtr 2020.** | |
| State the term remaining    **4 months** | **Radiance Capital Financial Services, LLC 6416 Pacific Highway E. Tacoma, WA 98424** |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **SVFoods Jefferson, LLC**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF LOUISIANA

Case number (if known)  **19-51370**

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                           12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 **Baker Piggly Wiggly, L.L.C.** | **5910 Airline Highway Baton Rouge, LA 70805** | **IberiaBank** | ■ D  **2.1** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.2 **Baker Piggly Wiggly, L.L.C.** | **5910 Airline Highway Baton Rouge, LA 70805** | **UNFI/SuperValu** | ■ D  **2.2** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.3 **BR Pig LLC** | **590 Airline Highway Baton Rouge, LA 70805** | **IberiaBank** | ■ D  **2.1** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.4 **BR Pig LLC** | **590 Airline Highway Baton Rouge, LA 70805** | **UNFI/SuperValu** | ■ D  **2.2** <br> ☐ E/F ____ <br> ☐ G ____ |
| 2.5 **Garnett C. Jones, Jr.** | **5910 Airline Highway Baton Rouge, LA 70805** | **IberiaBank** | ■ D  **2.1** <br> ☐ E/F ____ <br> ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | J-H-J Inc. | 5910 Airline Highway<br>Baton Rouge, LA 70805 | IberiaBank | ■ D   **2.1**<br>☐ E/F ___<br>☐ G ___ |
| 2.7 | J-H-J Inc. | 5910 Airline Highway<br>Baton Rouge, LA 70805 | UNFI/SuperValu | ■ D   **2.2**<br>☐ E/F ___<br>☐ G ___ |
| 2.8 | Lafayette Piggly<br>Wiggly, L.L.C. | 5910 Airline Highway<br>Baton Rouge, LA 70805 | IberiaBank | ■ D   **2.1**<br>☐ E/F ___<br>☐ G ___ |
| 2.9 | Lafayette Piggly<br>Wiggly, L.L.C. | 5910 Airline Highway<br>Baton Rouge, LA 70805 | UNFI/SuperValu | ■ D   **2.2**<br>☐ E/F ___<br>☐ G ___ |
| 2.10 | SVFoods<br>Avondale LLC | 5910 Airline Highway<br>Baton Rouge, LA 70805 | IberiaBank | ■ D   **2.1**<br>☐ E/F ___<br>☐ G ___ |
| 2.11 | SVFoods<br>Avondale LLC | 5910 Airline Highway<br>Baton Rouge, LA 70805 | UNFI/SuperValu | ■ D   **2.2**<br>☐ E/F ___<br>☐ G ___ |
| 2.12 | SVFoods Big Pic<br>LLC | 5910 Airline Highway<br>Baton Rouge, LA 70805 | IberiaBank | ■ D   **2.1**<br>☐ E/F ___<br>☐ G ___ |
| 2.13 | SVFoods Big Pic<br>LLC | 5910 Airline Highway<br>Baton Rouge, LA 70805 | UNFI/SuperValu | ■ D   **2.2**<br>☐ E/F ___<br>☐ G ___ |

| Debtor | SVFoods Jefferson, LLC | Case number *(if known)* | **19-51370** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **SVFoods Harvey LLC** | 5910 Airline Highway Baton Rouge, LA 70805 | **IberiaBank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.15 **SVFoods Harvey LLC** | 5910 Airline Highway Baton Rouge, LA 70805 | **UNFI/SuperValu** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.16 **SVFoods Little Pic LLC** | 5910 Airline Highway Baton Rouge, LA 70805 | **IberiaBank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.17 **SVFoods Little Pic LLC** | 5910 Airline Highway Baton Rouge, LA 70805 | **UNFI/SuperValu** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.18 **SVFoods Old Hammond LLC** | 5910 Airline Highway Baton Rouge, LA 70805 | **IberiaBank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.19 **SVFoods Old Hammond LLC** | 5910 Airline Highway Baton Rouge, LA 70805 | **UNFI/SuperValu** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.20 **SVFoods Walker LLC** | 5910 Airline Highway Baton Rouge, LA 70805 | **UNFI/SuperValu** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.21 **SVFoods Westwego LLC** | 5910 Airline Highway Baton Rouge, LA 70805 | **IberiaBank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 **SVFoods Westwego LLC** | 5910 Airline Highway<br>Baton Rouge, LA 70805 | **UNFI/SuperValu** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.23 **T & S Markets LLC** | 5910 Airline Highway<br>Baton Rouge, LA 70805 | **IberiaBank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.24 **T & S Markets LLC** | 5910 Airline Highway<br>Baton Rouge, LA 70805 | **UNFI/SuperValu** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.25 **T. H. G. Enterprises, L.L.C.** | 5910 Airline Highway<br>Baton Rouge, LA 70805 | **IberiaBank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.26 **T. H. G. Enterprises, L.L.C.** | 5910 Airline Highway<br>Baton Rouge, LA 70805 | **UNFI/SuperValu** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.27 **Ted W. Harvey** | 5910 Airline Highway<br>Baton Rouge, LA 70805 | **IberiaBank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.28 **TSD Markets LLC** | 5910 Airline Highway<br>Baton Rouge, LA 70805 | **IberiaBank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.29 **TSD Markets LLC** | 5910 Airline Highway<br>Baton Rouge, LA 70805 | **UNFI/SuperValu** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |

Official Form 206H

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Schedule H: Your Codebtors

Page 4 of 5

Best Case Bankruptcy

19-51367 - #85  File 12/12/19  Enter 12/12/19 12:06:38  Main Document  Pg 22 of 47

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                 *Column 2:* **Creditor**

| 2.30 | **TSJ Markets LLC** | **5910 Airline Highway Baton Rouge, LA 70805** | **IberiaBank** | ■ D ___2.1___ <br> ☐ E/F _____ <br> ☐ G _____ |
|------|---------------------|------------------------------------------------|----------------|----------|
| 2.31 | **TSJ Markets LLC** | **5910 Airline Highway Baton Rouge, LA 70805** | **UNFI/SuperValu** | ■ D ___2.2___ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.32 | **Ted W. Harvey** | **5910 Airline Highway Baton Rouge, LA 70805** | **Radiance Capital Financial Services, LLC** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G ___2.2___ |

Fill in this information to identify the case:

Debtor name **SVFoods Jefferson, LLC**

United States Bankruptcy Court for the: WESTERN DISTRICT OF LOUISIANA

Case number (if known) **19-51370**

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:** Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$5,087,899.34** |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | **$3,597,356.92** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **UNFI/SuperValu**<br>**11840 Valley View Road**<br>**Eden Prairie, MN 55344** | **8/15/19,**<br>**8/22/19,**<br>**8/29/19,**<br>**9/5/19,**<br>**9/12/19,**<br>**9/19/19,**<br>**9/26/19,**<br>**10/3/19,**<br>**10/10/19,**<br>**10/17/19,**<br>**10/24/19,**<br>**10/31/19,**<br>**11/7/19,**<br>**11/14/19** | **$693,280.93** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. | **Scariano Brothers**<br>**11052 Scarano Lane**<br>**Hammond, LA 70403** | **8/15/19,**<br>**9/4/19,**<br>**9/13/19,**<br>**10/1/19** | **$49,425.70** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.3. | **Coca Cola**<br>**PO Box 105637**<br>**Atlanta, GA 30348-5637** | **8/15/19,**<br>**9/4/19,**<br>**9/13/19,**<br>**10/15/19,**<br>**11/1/19** | **$44,116.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. | **IberiaBank**<br>**200 W. Congress Street**<br>**Lafayette, LA 70501** | **9/4/19,**<br>**10/4/19,**<br>**11/4/19** | **$132,970.08** | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.5. | **Ocean Select**<br>**1019 Nina Highway**<br>**Breaux Bridge, LA 70517** | **9/23/19** | **$12,284.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Alta Supply**<br>**1750 South Lane**<br>**Suite 3**<br>**Mandeville, LA 70471** | **10/1/19** | **$6,836.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. | **Manda**<br>**PO Box 3374**<br>**Baton Rouge, LA 70821** | **11/1/19** | **$10,849.28** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **SVFoods Harvey LLC**<br>**5910 Airline Highway**<br>**Baton Rouge, LA 70805**<br>**Affiliate** | **November 2018-November 2019** | **$21,230.89** | |
| 4.2. **J-H-J Inc.**<br>**5910 Airline Highway**<br>**Baton Rouge, LA 70805**<br>**Affiliate** | **November 2018-November 2019** | **$153,124.23** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☐ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **UNFI/SuperValu**<br>**11840 Valley View Road**<br>**Eden Prairie, MN 55344** | **Rebates due under Supply Agreement**<br>Last 4 digits of account number: _____ | **2019** | **Unknown** |

## Part 3:  Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **See attached Exhibit A** | | | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **The Steffes Firm, LLC**<br>**13702 Coursey Blvd.**<br>**Building 3**<br>**Baton Rouge, LA 70817** | **Retainer and filing fee** | **November 12, 2019** | **$6,717.00** |
| | **Email or website address**<br>**bparsons@steffeslaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **J-H-J, Inc. Simple IRA Plan** | EIN: |

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

    ■ None

    | Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
    | --- | --- | --- | --- |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

    ■ None

    | Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
    | --- | --- | --- | --- |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

    | Case title Case number | Court or agency name and address | Nature of the case | Status of case |
    | --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

    | Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
    | --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Danielle Satawa**<br>**5910 Airline Highway**<br>**Baton Rouge, LA 70805** | **2018-Present** |
| 26a.2.  **Dwayne Hunter**<br>**Planche Politz Ledet**<br>**18212 E. Petroleum Drive**<br>**Suite 1B**<br>**Baton Rouge, LA 70809** | **2018-Present** |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **Danielle Satawa**<br>**5910 Airline Highway**<br>**Baton Rouge, LA 70805** | **2018-Present** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2.  **Dwayne Hunter**<br>**Planche Politz Ledet**<br>**18212 E. Petroleum Drive**<br>**Suite 1B**<br>**Baton Rouge, LA 70809** | **2018-Present** |

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

   ☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Danielle Satawa**<br>**5910 Airline Highway**<br>**Baton Rouge, LA 70805** | |

   26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **UNFI/SuperValu**<br>**11840 Valley View Road**<br>**Eden Prairie, MN 55344** |
| 26d.2. **IberiaBank**<br>**200 W. Congress Street**<br>**Lafayette, LA 70501** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Dustin Leleaux** | **June 27, 2019** | **$406,039 -- Cost Basis** |
| | Name and address of the person who has possession of inventory records | | |
| | **SVFoods Jefferson, LLC**<br>**3623 Jefferson Highway**<br>**New Orleans, LA 70121** | | |
| 27.2. | **Dustin Leleaux** | **September 26, 2019** | **$419,960 -- Cost Basis** |
| | Name and address of the person who has possession of inventory records | | |
| | **SVFoods Jefferson, LLC**<br>**3623 Jefferson Highway**<br>**New Orleans, LA 70121** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Garnett C. Jones, Jr.** | **5910 Airline Highway**<br>**Baton Rouge, LA 70805** | **Member** | **50** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Ted W. Harvey** | **5910 Airline Highway**<br>**Baton Rouge, LA 70805** | **Member** | **50** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 12, 2019**

**/s/ Garnett C. Jones, Jr.**                                      **Garnett C. Jones, Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

# CHECK REGISTER

Starting check date: 11/15/18     Starting vendor number: 10124      Cash account #: 00-107001
  Ending check date: 11/15/19      Ending vendor number: 10124
  Check number: "ALL"   Show invoice detail: Yes  In order by: Date

Report location :P:\RWWRK/14394829.pdf

| Check-date | Check-# | Vend-# | Name | | | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|---|---|
| | | Vchr-# | Invoice-# | Inv-date | | Amount-paid | Disc-taken | |
| | | 1339 | 87222 | 10/01/18 | | 118.72 | | Computer-chk |
| | | 1340 | 87223 | 10/02/18 | | 49.68 | | Computer-chk |
| | | 1341 | 87231 | 11/20/18 | | 259.50 | | Computer-chk |
| | | 1342 | 87233 | 11/26/18 | | 90.00 | | Computer-chk |
| 1/10/19 | 331 | 10124 | SVFOODS AVONDALE | | | 517.90 | .00 | |
| | | Vchr-# | Invoice-# | Inv-date | | Amount-paid | Disc-taken | |
| | | 1450 | 87237 | 12/26/18 | | 2,407.36 | | Computer-chk |
| 3/15/19 | 395 | 10124 | SVFOODS AVONDALE | | | 2,407.36 | .00 | |
| | | Vchr-# | Invoice-# | Inv-date | | Amount-paid | Disc-taken | |
| | | 1780 | 87241 | 2/11/19 | | 598.89 | | Computer-chk |
| | | 1781 | 87242 | 2/11/19 | | 99.82 | | Computer-chk |
| | | 1782 | 87247 | 3/13/19 | | 2,366.00 | | Computer-chk |
| | | 1784 | 86196 | 2/11/19 | | 566.65- | | Computer-chk |
| | | 1785 | 86197 | 2/19/19 | | 259.80- | | Computer-chk |
| | | 1786 | 87239 | 2/04/19 | | 498.54 | | Computer-chk |
| | | 1789 | 89408 | 3/04/19 | | 197.22- | | Computer-chk |
| 4/23/19 | 424 | 10124 | SVFOODS AVONDALE | | | 2,539.58 | .00 | |

  Cash acct total:00-107001                         5,464.84
            CASH IN BANK - IBERIA

-- End of report --


EXHIBIT
tabbies
A

C H E C K   R E G I S T E R

Starting check date: 11/15/18      Starting vendor number: 100501     Cash account #: 00-107001
  Ending check date: 11/15/19      Ending vendor number: 100501
  Check number: "ALL"   Show invoice detail: Yes  In order by: Date

Report location :P:\RWWRK/14371402.pdf

---

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|

|  |  | Vchr-# | Invoice-#    Inv-date | Amount-paid | Disc-taken |  |
|  |  | 1372 | 66078        11/06/18 | 70.00 |  |  |
| 1/10/19 | 335 | 100501 | BAKER PIGGLY WIGGLY, LLC | 70.00 | .00 | Computer-chk |

    Cash acct total:00-107001                            70.00
              CASH IN BANK - IBERIA


-- End of report --

C H E C K   R E G I S T E R

Starting check date: 11/15/18      Starting vendor number: 100168      Cash account #: 00-107001
  Ending check date: 11/15/19      Ending vendor number: 100168
  Check number: "ALL"   Show invoice detail: Yes  In order by: Date

Report location :P:\RWWRK\14364270.pdf

| Check-date | Check-# | Vend-# | Name | | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|---|

|  |  | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken |  |
|  |  | 1370 | 86191 | 11/28/18 | 458.64 |  | Computer-chk |
|  |  | 1371 | 86190 | 11/16/18 | 45.00 |  | Computer-chk |
|  |  | 1377 | 112818 | 11/28/18 | 917.28- |  | Computer-chk |
|  |  | 1378 | 86190A | 11/16/18 | 90.00- |  | Computer-chk |
|  |  | 1379 | 86191B | 11/28/18 | 458.64 |  | Computer-chk |
|  |  | 1380 | 86190B | 11/16/18 | 45.00 |  | Computer-chk |
| 1/10/19 | 334 | 100168 | BR PIG LLC | | .00 | .00 |  |

|  |  | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken |  |
|  |  | 2627 | 89678 | 8/16/19 | 649.10 |  | Computer-chk |
| 10/03/19 | 570 | 100168 | BR PIG LLC | | 649.10 | .00 |  |

    Cash acct total:00-107001                          649.10
                    CASH IN BANK - IBERIA

-- End of report --

C H E C K   R E G I S T E R

Starting check date: 11/15/18      Starting vendor number: 100118      Cash account #: 00-107001
  Ending check date: 11/15/19        Ending vendor number: 100118
  Check number: "ALL"   Show invoice detail: Yes  In order by: Date

Report location :P:\RWWRK\14402218.pdf

---

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|

|  |  | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken |  |
|---|---|---|---|---|---|---|---|
|  |  | 858 | 86231 | 9/15/18 | 66.00 |  | Computer-chk |
|  |  | 859 | 86233 | 9/19/18 | 60.00 |  | Computer-chk |
|  |  | 860 | 86247 | 9/27/18 | 141.60 |  | Computer-chk |
|  |  | 1052 | 112618 | 11/26/18 | 267.60- |  | Computer-chk |
| 11/28/18 | 279 | 100118 | SVFOODS HARVEY LLC | .00 | .00 |  |

|  |  | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken |  |
|---|---|---|---|---|---|---|---|
|  |  | 1343 | 87307 | 10/23/18 | 69.72 |  | Computer-chk |
|  |  | 1344 | 87322 | 11/08/18 | 73.50 |  | Computer-chk |
|  |  | 1345 | 87350-1 | 12/04/18 | 728.64 |  | Computer-chk |
|  |  | 1346 | 87350-2 | 12/04/18 | 891.31 |  | Computer-chk |
|  |  | 1347 | 87350-3 | 12/04/18 | 226.24 |  | Computer-chk |
|  |  | 1348 | 87350-4 | 12/04/18 | 264.32 |  | Computer-chk |
|  |  | 1349 | 87350-5 | 12/04/18 | 2,890.68 |  | Computer-chk |
|  |  | 1350 | 87350-6 | 12/04/18 | 1,927.80 |  | Computer-chk |
|  |  | 1351 | 87350-7 | 12/04/18 | 1,834.56 |  | Computer-chk |
|  |  | 1352 | 87316 | 11/05/18 | 480.00 |  | Computer-chk |
|  |  | 1353 | 87337 | 11/30/18 | 2,331.00 |  | Computer-chk |
|  |  | 1354 | 88306 | 12/06/18 | 69.89 |  | Computer-chk |
|  |  | 1355 | 88311 | 12/11/18 | 3,191.03 |  | Computer-chk |
|  |  | 1356 | 88312 | 12/11/18 | 673.92 |  | Computer-chk |
|  |  | 1357 | 89452 | 12/05/18 | 179.40 |  | Computer-chk |
|  |  | 1358 | 89515 | 12/10/18 | 593.44 |  | Computer-chk |
|  |  | 1359 | 89558 | 12/07/18 | 272.45 |  | Computer-chk |
|  |  | 1360 | 89563 | 12/07/18 | 137.59 |  | Computer-chk |
|  |  | 1361 | 89514 | 12/07/18 | 308.73 |  | Computer-chk |
|  |  | 1362 | 89512 | 12/07/18 | 543.26 |  | Computer-chk |
|  |  | 1363 | 89503 | 12/06/18 | 1,067.29 |  | Computer-chk |
|  |  | 1364 | 89509 | 12/07/18 | 436.39 |  | Computer-chk |
|  |  | 1365 | 89501 | 12/05/18 | 659.66 |  | Computer-chk |
|  |  | 1366 | 86184 | 11/03/18 | 147.00 |  | Computer-chk |
|  |  | 1367 | 87325 | 11/26/18 | 188.00 |  | Computer-chk |
|  |  | 1368 | 87326 | 11/26/18 | 45.00 |  | Computer-chk |
|  |  | 1369 | 89561 | 12/07/18 | 1,000.07 |  | Computer-chk |
| 1/10/19 | 333 | 100118 | SVFOODS HARVEY LLC | 21,230.89 | .00 |  |

```
   Cash acct total:00-107001                    21,230.89
            CASH IN BANK - IBERIA
```

-- End of report --

C H E C K   R E G I S T E R

Starting check date: 11/15/18     Starting vendor number: 2        Cash account #: 00-107001
  Ending check date: 11/15/19     Ending vendor number: 2
  Check number: "ALL"   Show invoice detail: Yes  In order by: Date

Report location :P:\RWWRK\14353956.pdf

---

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|

---

| | | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|---|
| | | 852 | 86167 | 9/06/18 | 743.04- | | Computer-chk |
| | | 853 | 78246 | 9/27/18 | 240.00 | | Computer-chk |
| | | 854 | 86161 | 8/24/18 | 439.74- | | Computer-chk |
| | | 855 | 86169 | 9/20/18 | 983.26- | | Computer-chk |
| | | 1030 | 90924 | 10/02/18 | 1,318.56 | | Computer-chk |
| | | 1031 | 90930 | 10/03/18 | 1,105.00 | | Computer-chk |
| | | 1032 | 90948 | 10/03/18 | 643.60 | | Computer-chk |
| | | 1033 | 91038 | 10/04/18 | 485.20 | | Computer-chk |
| | | 1034 | 91043 | 10/04/18 | 930.80 | | Computer-chk |
| | | 1035 | 92188 | 9/19/18 | 177.30 | | Computer-chk |
| | | 1036 | 92260 | 9/20/18 | 1,046.56 | | Computer-chk |
| | | 1037 | 92266 | 9/24/18 | 1,746.72 | | Computer-chk |
| | | 1038 | 92322 | 9/25/18 | 1,335.47 | | Computer-chk |
| | | 1039 | 92334 | 9/27/18 | 901.40 | | Computer-chk |
| | | 1040 | 92351 | 9/28/18 | 1,534.72 | | Computer-chk |
| | | 1041 | 92368 | 10/01/18 | 3,139.18 | | Computer-chk |
| | | 1042 | 92387 | 10/02/18 | 186.68 | | Computer-chk |
| | | 1043 | 91014 | 10/04/18 | 1,062.08 | | Computer-chk |
| | | 1044 | 90985 | 10/02/18 | 86.10 | | Computer-chk |
| | | 1045 | 92382 | 10/01/18 | 377.00 | | Computer-chk |
| | | 1046 | 82685 | 10/01/18 | 1,004.75 | | Computer-chk |
| | | 1047 | 90983 | 10/07/18 | 1,593.70 | | Computer-chk |
| | | 1048 | 91066 | 10/05/18 | 310.00 | | Computer-chk |
| | | 1049 | 91124 | 10/05/18 | 727.60 | | Computer-chk |
| 11/26/18 | 272 | 2 | JHJ INC | 17,786.38 | .00 | |

| | | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|---|
| | | 1053 | 91183 | 10/14/18 | 2,682.23 | | Computer-chk |
| | | 1054 | 78248 | 10/17/18 | 480.00 | | Computer-chk |
| | | 1055 | 91227 | 10/16/18 | 492.90 | | Computer-chk |
| | | 1056 | 91246 | 10/19/18 | 4,878.91 | | Computer-chk |
| | | 1057 | 91287 | 10/19/18 | 1,671.20 | | Computer-chk |
| | | 1058 | 91336 | 10/22/18 | 463.75 | | Computer-chk |
| | | 1059 | 91303 | 10/22/18 | 310.00 | | Computer-chk |
| | | 1060 | 91311 | 10/22/18 | 1,092.60 | | Computer-chk |
| 11/29/18 | 283 | 2 | JHJ INC | 12,071.59 | .00 | |

| | | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|---|
| | | 1109 | 91367 | 10/27/18 | 3,019.40 | | Computer-chk |
| | | 1110 | 91416 | 10/31/18 | 734.08 | | Computer-chk |
| | | 1111 | 91429 | 11/01/18 | 948.40 | | Computer-chk |
| | | 1112 | 91443 | 10/31/18 | 943.90 | | Computer-chk |
| | | 1113 | 91465 | 11/01/18 | 310.00 | | Computer-chk |

C H E C K   R E G I S T E R

---

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|
| 12/13/18 | 304 | 2 | JHJ INC | 5,955.78 | .00 | |

| Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|
| 1115 | 91482 | 11/02/18 | 4,852.20 | | Computer-chk |
| 1116 | 91523 | 11/07/18 | 874.66 | | Computer-chk |
| 1117 | 91541 | 11/08/18 | 2,086.20 | | Computer-chk |
| 1118 | 91575 | 11/06/18 | 2,006.45 | | Computer-chk |
| 1119 | 91592 | 11/05/18 | 493.36 | | Computer-chk |
| 1120 | 91619 | 11/06/18 | 1,046.89 | | Computer-chk |
| 1122 | 91680 | 11/09/18 | 1,885.56 | | Computer-chk |
| 1123 | 91710 | 11/12/18 | 795.40 | | Computer-chk |
| 1124 | 91739 | 11/13/18 | 4,317.28 | | Computer-chk |
| 1125 | 91768 | 11/14/18 | 2,280.68 | | Computer-chk |
| 1126 | 91780 | 11/15/18 | 2,315.46 | | Computer-chk |
| 1127 | 91446 | 11/05/18 | 865.00 | | Computer-chk |
| 1128 | 91565 | 11/05/18 | 1,257.52 | | Computer-chk |
| 1129 | 91696 | 11/12/18 | 973.08 | | Computer-chk |
| 1130 | 46332 | 11/15/18 | 480.00 | | Computer-chk |
| 1131 | 91647 | 11/09/18 | 1,435.20 | | Computer-chk |

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|
| 12/17/18 | 308 | 2 | JHJ INC | 27,964.94 | .00 | |

| Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|
| 1297 | 91829 | 11/16/18 | 1,252.00 | | Computer-chk |
| 1298 | 91848 | 11/19/18 | 878.00 | | Computer-chk |
| 1299 | 87914 | 11/20/18 | 341.20 | | Computer-chk |
| 1300 | 87972 | 11/21/18 | 557.44 | | Computer-chk |
| 1301 | 87931 | 11/20/18 | 446.40 | | Computer-chk |
| 1302 | 88031 | 11/28/18 | 147.90 | | Computer-chk |
| 1303 | 88039 | 11/26/18 | 1,044.00 | | Computer-chk |
| 1304 | 88106 | 11/29/18 | 3,210.95 | | Computer-chk |
| 1305 | 88147 | 11/29/18 | 2,428.42 | | Computer-chk |
| 1306 | 88014 | 11/26/18 | 682.00 | | Computer-chk |
| 1307 | 88127 | 11/28/18 | 6,134.72 | | Computer-chk |
| 1308 | 88198 | 12/01/18 | 495.20 | | Computer-chk |
| 1309 | 88234 | 12/04/18 | 2,847.00 | | Computer-chk |
| 1310 | 91395 | 12/01/18 | 571.92 | | Computer-chk |
| 1311 | 88184 | 11/30/18 | 310.00 | | Computer-chk |
| 1312 | 46337 | 12/01/18 | 480.00 | | Computer-chk |

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|
| 1/07/19 | 328 | 2 | JHJ INC | 21,827.15 | .00 | |

| Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|
| 1333 | 86180 | 11/26/18 | 1,329.15 | | Computer-chk |
| 1334 | 88064 | 12/12/18 | 1,395.00 | | Computer-chk |
| 1335 | 88248 | 12/07/18 | 2,704.30 | | Computer-chk |
| 1336 | 88268 | 12/07/18 | 621.32 | | Computer-chk |
| 1337 | 88366 | 12/18/18 | 3,451.00 | | Computer-chk |
| 1338 | 46342 | 12/19/18 | 500.00 | | Computer-chk |
| 1381 | 86180A | 11/26/18 | 2,658.30- | | Computer-chk |

C H E C K   R E G I S T E R

--------------------------------------------------------------------------------------------------------------------
Check-date  Check-#  Vend-#  Name                              Check-amount   Discount-taken  Pmt Type
--------------------------------------------------------------------------------------------------------------------

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|
| 1/10/19 | 330 | 2 | JHJ INC | 7,342.47 | .00 | |

| | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|
| | 1414 | 91899 | 12/31/18 | 1,178.92 | | Computer-chk |
| | 1415 | 88742 | 1/02/19 | 1,092.64 | | Computer-chk |
| | 1416 | 88099 | 12/28/18 | 310.00 | | Computer-chk |

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|
| 1/21/19 | 352 | 2 | JHJ INC | 2,581.56 | .00 | |

| | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|
| | 1445 | 88405 | 1/04/19 | 289.21 | | Computer-chk |
| | 1446 | 88443 | 1/07/19 | 360.52 | | Computer-chk |
| | 1447 | 88522 | 1/09/19 | 149.00 | | Computer-chk |
| | 1448 | 88551 | 1/10/19 | 4,369.50 | | Computer-chk |
| | 1449 | 88429 | 1/05/19 | 526.10 | | Computer-chk |
| | 1465 | 88593 | 1/23/19 | 2,960.86 | | Computer-chk |
| | 1466 | 88619 | 1/21/19 | 1,285.63 | | Computer-chk |
| | 1467 | 88625 | 1/20/19 | 341.20 | | Computer-chk |
| | 1468 | 88663 | 1/24/19 | 414.85 | | Computer-chk |

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|
| 3/15/19 | 393 | 2 | JHJ INC | 10,696.87 | .00 | |

| | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|
| | 1476 | 88605 | 1/19/19 | 631.20 | | Computer-chk |
| | 1477 | 88532 | 1/15/19 | 5,068.23 | | Computer-chk |
| | 1478 | 88588 | 1/14/19 | 1,154.00 | | Computer-chk |
| | 1479 | 88576 | 1/11/19 | 1,161.90 | | Computer-chk |

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|
| 3/15/19 | 397 | 2 | JHJ INC | 8,015.33 | .00 | |

| | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|
| | 1583 | 88691 | 1/26/19 | 775.54 | | Computer-chk |
| | 1584 | 87722 | 1/26/19 | 5,474.40 | | Computer-chk |
| | 1586 | 88722 | 1/26/19 | 5,474.40 | | Computer-chk |
| | 1587 | 88737 | 1/29/19 | 2,469.05 | | Computer-chk |
| | 1588 | 88870 | 1/31/19 | 4,113.13 | | Computer-chk |
| | 1589 | 88704 | 1/25/19 | 3,942.20 | | Computer-chk |
| | 1590 | 88876 | 1/31/19 | 774.60 | | Computer-chk |
| | 1591 | 46347 | 1/26/19 | 480.00 | | Computer-chk |
| | 1603 | 88722A | 1/26/19 | 5,474.40- | | Computer-chk |

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|
| 3/15/19 | 398 | 2 | JHJ INC | 18,028.92 | .00 | |

| | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|
| | 1617 | 86817 | 2/06/19 | 927.50 | | Computer-chk |
| | 1618 | 86832 | 2/07/19 | 2,512.35 | | Computer-chk |
| | 1619 | 86883 | 2/06/19 | 1,210.00 | | Computer-chk |
| | 1620 | 88598 | 2/04/19 | 559.60 | | Computer-chk |
| | 1621 | 88809 | 2/01/19 | 79.20 | | Computer-chk |
| | 1622 | 88841 | 2/04/19 | 1,275.68 | | Computer-chk |
| | 1623 | 86863 | 2/05/19 | 310.00 | | Computer-chk |

C H E C K   R E G I S T E R

| Check-date | Check-# | Vend-# | Name | | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|---|
| 4/01/19 | 408 | 2 | JHJ INC | | 6,874.33 | .00 | |

| | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|
| | 1688 | 86716 | 2/14/19 | 1,357.92 | | Computer-chk |
| | 1689 | 86773 | 2/13/19 | 151.06 | | Computer-chk |
| | 1690 | 93457 | 2/11/19 | 1,161.72 | | Computer-chk |
| | 1691 | 93481 | 2/11/19 | 1,335.00 | | Computer-chk |
| | 1692 | 93496 | 2/13/19 | 1,105.00 | | Computer-chk |
| | 1693 | 86798 | 2/14/19 | 1,570.08 | | Computer-chk |
| | 1694 | 46350 | 2/14/19 | 384.00 | | Computer-chk |

| Check-date | Check-# | Vend-# | Name | | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|---|
| 4/01/19 | 411 | 2 | JHJ INC | | 7,064.78 | .00 | |

| | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|
| | 1695 | 86662 | 2/25/19 | 3,550.11 | | Computer-chk |
| | 1696 | 86786 | 2/19/19 | 1,280.02 | | Computer-chk |
| | 1697 | 86688 | 2/27/19 | 2,084.00 | | Computer-chk |

| Check-date | Check-# | Vend-# | Name | | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|---|
| 4/01/19 | 412 | 2 | JHJ INC | | 6,914.13 | .00 | |

| | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|
| | 1328 | 092818-102518 | 10/25/18 | 28,524.68 | | Computer-chk |
| | 1329 | 102618-112918 | 11/29/18 | 21,417.93 | | Computer-chk |
| | 1330 | 113018-122718 | 12/27/18 | 26,800.60 | | Computer-chk |
| | 1752 | 4TH 2018 WROFFE | 3/28/19 | 76,743.21- | | Computer-chk |

| Check-date | Check-# | Vend-# | Name | | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|---|
| 5/01/19 | 432 | 2 | JHJ INC | | .00 | .00 | |

| | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|
| | 1764 | 86551 | 2/28/19 | 939.00 | | Computer-chk |
| | 1765 | 86369 | 3/04/19 | 1,101.00 | | Computer-chk |
| | 1766 | 86603 | 3/02/19 | 3,425.44 | | Computer-chk |
| | 1767 | 86743 | 3/01/19 | 310.00 | | Computer-chk |
| | 1768 | 85597 | 2/28/19 | 172.80 | | Computer-chk |
| | 1769 | 89402 | 2/22/19 | 210.60- | | Computer-chk |
| | 1770 | 86375 | 3/08/19 | 3,546.40 | | Computer-chk |
| | 1771 | 86421 | 3/15/19 | 1,414.00 | | Computer-chk |
| | 1772 | 86434 | 3/15/19 | 677.44 | | Computer-chk |
| | 1773 | 86572 | 3/08/19 | 1,848.28 | | Computer-chk |
| | 1774 | 86592 | 3/08/19 | 2,164.62 | | Computer-chk |
| | 1775 | 83417 | 3/11/19 | 3,855.54 | | Computer-chk |
| | 1776 | 93424 | 3/13/19 | 4,449.24 | | Computer-chk |
| | 1777 | 86395 | 3/11/19 | 358.50 | | Computer-chk |
| | 1778 | 86649 | 3/08/19 | 807.84 | | Computer-chk |
| | 1779 | 93447 | 3/14/19 | 731.00 | | Computer-chk |
| | 1790 | 88753 | 3/27/19 | 480.00 | | Computer-chk |
| | 1791 | 89406 | 3/02/19 | 84.42- | | Computer-chk |
| | 1927 | 86465 | 3/20/19 | 1,365.50 | | Computer-chk |
| | 1928 | 86478 | 3/22/19 | 839.30 | | Computer-chk |
| | 1929 | 86515 | 3/25/19 | 509.60 | | Computer-chk |
| | 1930 | 86538 | 3/26/19 | 968.00 | | Computer-chk |

C H E C K   R E G I S T E R

---

| Check-date | Check-# | Vend-# | Name | | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|---|
| | 1931 | 93662 | | 3/23/19 | 137.70 | | Computer-chk |
| | 1932 | 93695 | | 3/27/19 | 2,070.00 | | Computer-chk |
| | 1933 | 93898 | | 3/28/29 | 2,210.00 | | Computer-chk |
| | 1934 | 93727 | | 3/30/19 | 180.45 | | Computer-chk |
| | 1935 | 93733 | | 4/01/19 | 1,018.54 | | Computer-chk |
| | 1936 | 94208 | | 4/02/19 | 2,821.00 | | Computer-chk |
| | 1937 | 94226 | | 4/04/29 | 1,883.20 | | Computer-chk |
| | 1938 | 93749 | | 4/01/19 | 1,040.00 | | Computer-chk |
| | 1939 | 93932 | | 3/29/29 | 1,582.00 | | Computer-chk |
| | 1940 | 93682 | | 3/27/19 | 4,124.50 | | Computer-chk |
| | 1941 | 93730 | | 3/30/19 | 682.40 | | Computer-chk |
| | 1942 | 86528 | | 3/26/19 | 606.00 | | Computer-chk |
| | 1943 | 93959 | | 4/08/29 | 2,827.99 | | Computer-chk |
| | 1944 | 93976 | | 4/09/19 | 454.12 | | Computer-chk |
| | 1945 | 93994 | | 4/10/19 | 871.12 | | Computer-chk |
| | 1946 | 94244 | | 4/05/29 | 1,431.00 | | Computer-chk |
| | 1947 | 94270 | | 4/12/19 | 1,236.00 | | Computer-chk |
| | 1948 | 94273 | | 4/11/19 | 968.00 | | Computer-chk |
| | 1949 | 89410 | | 4/07/29 | 3,614.54- | | Computer-chk |
| | 1951 | 94126 | | 4/17/19 | 3,052.64 | | Computer-chk |
| | 1952 | 94289 | | 4/12/19 | 1,755.50 | | Computer-chk |
| | 1953 | 94107 | | 4/15/19 | 348.00 | | Computer-chk |
| | 1954 | 94334 | | 4/25/19 | 651.00 | | Computer-chk |
| | 1955 | 94052 | | 4/22/19 | 150.20 | | Computer-chk |
| | 1956 | 94143 | | 4/23/19 | 310.00 | | Computer-chk |
| | 1957 | 94039 | | 4/19/19 | 2,299.60 | | Computer-chk |
| | 1986 | 93763 | | 5/02/19 | 388.00 | | Computer-chk |
| | 1987 | 94181 | | 5/02/19 | 755.00 | | Computer-chk |
| | 1988 | 94195 | | 5/01/19 | 968.00 | | Computer-chk |
| | 1989 | 94348 | | 5/02/19 | 1,291.25 | | Computer-chk |
| | 1990 | 94364 | | 4/26/19 | 970.00 | | Computer-chk |
| | 1991 | 94373 | | 4/29/19 | 169.00 | | Computer-chk |
| | 1992 | 94398 | | 4/30/19 | 932.00 | | Computer-chk |
| | 1993 | 94162 | | 5/02/19 | 1,337.40 | | Computer-chk |
| | 1994 | 94036 | | 4/26/19 | 779.80 | | Computer-chk |
| | 2066 | 93774 | | 5/03/19 | 2,816.86 | | Computer-chk |
| | 2067 | 93793 | | 5/09/19 | 1,388.00 | | Computer-chk |
| | 2068 | 94385 | | 4/29/19 | 3,030.00 | | Computer-chk |
| | 2069 | 88756 | | 5/03/19 | 480.00 | | Computer-chk |
| | 2070 | 93848 | | 5/09/19 | 1,047.00 | | Computer-chk |
| | 2113 | 93510 | | 5/14/19 | 435.00 | | Computer-chk |
| | 2114 | 93523 | | 5/15/19 | 97.50 | | Computer-chk |
| | 2115 | 93533 | | 5/16/19 | 220.00 | | Computer-chk |
| | 2116 | 93885 | | 5/11/19 | 690.00 | | Computer-chk |
| | 2120 | 93649 | | 5/24/19 | 823.90 | | Computer-chk |
| | 2121 | 94086 | | 5/22/19 | 575.52 | | Computer-chk |
| | 2122 | 96911 | | 5/24/29 | 197.61 | | Computer-chk |
| | 2123 | 96953 | | 5/25/19 | 5,669.85 | | Computer-chk |
| | 2125 | 62019 | | 6/20/19 | 78,559.71- | | Computer-chk |
| | 2126 | 62119 | | 6/20/19 | 7,266.58- | | Computer-chk |
| | 2127 | .3 | | 6/20/19 | .30- | | Computer-chk |

C H E C K   R E G I S T E R

---

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|

---

| 6/20/19 | 473 | 2 | JHJ INC | .00 | .00 | |

| | | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|---|
| | | 2129 | 93622 | 5/21/19 | 871.98 | | Computer-chk |
| | | 2130 | 93638 | 5/23/19 | 825.76 | | Computer-chk |
| | | 2131 | 94063 | 5/20/19 | 2,156.52 | | Computer-chk |
| | | 2132 | 93611 | 5/28/19 | 6,131.99 | | Computer-chk |
| | | 2133 | 89413 | 4/25/19 | 419.00- | | Computer-chk |
| | | 2135 | 96681 | 6/14/19 | 1,286.00 | | Computer-chk |
| | | 2136 | 96771 | 6/18/19 | 678.92 | | Computer-chk |
| | | 2137 | 96786 | 6/19/19 | 2,318.67 | | Computer-chk |
| | | 2138 | 96801 | 6/20/19 | 605.00 | | Computer-chk |
| | | 2139 | 96803 | 6/20/19 | 944.30 | | Computer-chk |
| | | 2140 | 96805 | 6/20/19 | 1,391.25 | | Computer-chk |
| | | 2141 | 97013 | 6/07/19 | 1,137.00 | | Computer-chk |
| | | 2142 | 97026 | 6/11/19 | 310.00 | | Computer-chk |
| | | 2143 | 88757 | 6/20/19 | 480.00 | | Computer-chk |
| | | 2144 | 96791 | 6/19/19 | 433.50 | | Computer-chk |
| | | 2152 | 62719 | 6/27/19 | 19,151.89- | | Computer-chk |

| 7/02/19 | 480 | 2 | JHJ INC | .00 | .00 | |

| | | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|---|
| | | 2291 | 96712 | 6/26/19 | 928.00 | | Computer-chk |
| | | 2292 | 96724 | 7/02/19 | 1,598.90 | | Computer-chk |
| | | 2293 | 96848 | 6/29/19 | 8,614.29 | | Computer-chk |
| | | 2294 | 96861 | 6/27/19 | 4,865.65 | | Computer-chk |
| | | 2295 | 96883 | 7/01/19 | 1,105.00 | | Computer-chk |
| | | 2296 | 96818 | 6/24/19 | 459.00 | | Computer-chk |
| | | 2297 | 96837 | 7/01/19 | 1,047.00 | | Computer-chk |
| | | 2299 | 96423 | 7/06/19 | 2,285.90 | | Computer-chk |
| | | 2300 | 96434 | 7/09/19 | 1,179.60 | | Computer-chk |
| | | 2301 | 96893 | 7/06/19 | 2,068.25 | | Computer-chk |
| | | 2302 | 96994 | 7/10/19 | 924.00 | | Computer-chk |
| | | 2303 | 97065 | 7/11/19 | 1,536.94 | | Computer-chk |
| | | 2304 | 96421 | 7/08/29 | 459.00 | | Computer-chk |
| | | 2347 | 97078 | 7/16/19 | 441.24 | | Computer-chk |
| | | 2348 | 97084 | 7/19/19 | 3,566.80 | | Computer-chk |
| | | 2349 | 97087 | 7/18/19 | 3,883.50 | | Computer-chk |
| | | 2360 | 95964 | 7/31/19 | 2,947.68 | | Computer-chk |
| | | 2361 | 95975 | 7/31/19 | 1,277.92 | | Computer-chk |
| | | 2362 | 96261 | 8/01/19 | 914.00 | | Computer-chk |
| | | 2363 | 96493 | 7/22/19 | 639.76 | | Computer-chk |
| | | 2364 | 96512 | 7/22/19 | 525.00 | | Computer-chk |
| | | 2365 | 96524 | 7/26/19 | 310.00 | | Computer-chk |
| | | 2366 | 96531 | 7/26/19 | 2,450.86 | | Computer-chk |
| | | 2367 | 89419 | 7/30/19 | 78.00- | | Computer-chk |
| | | 2368 | 95009 | 7/30/19 | 85.10 | | Computer-chk |
| | | 2369 | 89418 | 7/18/19 | 395.50- | | Computer-chk |
| | | 2387 | 95986 | 8/02/19 | 193.00 | | Computer-chk |
| | | 2388 | 96289 | 8/07/19 | 1,285.00 | | Computer-chk |

C H E C K   R E G I S T E R

---

| Check-date | Check-# | Vend-# | Name | | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|---|
| | | 2389 | 96299 | 8/02/19 | 1,486.40 | | Computer-chk |
| | | 2390 | 97111 | 8/06/19 | 2,764.01 | | Computer-chk |
| | | 2391 | 96271 | 8/07/19 | 884.08 | | Computer-chk |
| | | 2392 | 95999 | 8/02/19 | 807.84 | | Computer-chk |
| | | 2393 | 96282 | 8/02/19 | 1,047.00 | | Computer-chk |
| | | 2394 | 97122 | 8/08/19 | 677.70 | | Computer-chk |
| | | 2495 | 96352 | 8/16/19 | 1,958.08 | | Computer-chk |
| | | 2496 | 96372 | 8/16/19 | 664.00 | | Computer-chk |
| | | 2497 | 96383 | 8/15/19 | 3,372.06 | | Computer-chk |
| | | 2498 | 96622 | 8/22/19 | 2,361.60 | | Computer-chk |
| | | 2499 | 96321 | 8/20/19 | 4,412.90 | | Computer-chk |
| | | 2500 | 96394 | 8/19/19 | 459.00 | | Computer-chk |
| | | 2501 | 92019 | 9/19/19 | 66,012.56- | | Computer-chk |
| 9/20/19 | 558 | 2 | JHJ INC | | .00 | .00 | |

| | | Vchr-# | Invoice-# | Inv-date | Amount-paid | Disc-taken | |
|---|---|---|---|---|---|---|---|
| | | 2550 | 96311 | 8/11/19 | 1,046.00 | | Computer-chk |
| | | 2551 | 96332 | 8/21/19 | 1,106.00 | | Computer-chk |
| | | 2552 | 96561 | 8/19/19 | 1,624.00 | | Computer-chk |
| | | 2553 | 96595 | 8/26/19 | 361.00 | | Computer-chk |
| | | 2554 | 96625 | 8/23/19 | 1,871.30 | | Computer-chk |
| | | 2555 | 96641 | 8/23/19 | 936.00 | | Computer-chk |
| | | 2556 | 96647 | 8/23/19 | 24.76 | | Computer-chk |
| | | 2557 | 97172 | 8/27/19 | 1,453.00 | | Computer-chk |
| | | 2558 | 97183 | 8/23/19 | 1,653.00 | | Computer-chk |
| | | 2559 | 96572 | 8/21/19 | 620.00 | | Computer-chk |
| | | 2560 | 97206 | 8/21/19 | 277.68 | | Computer-chk |
| | | 2561 | 96618 | 8/26/19 | 695.00 | | Computer-chk |
| | | 2565 | 94888 | 9/05/19 | 775.33 | | Computer-chk |
| | | 2566 | 96343 | 8/30/19 | 434.40 | | Computer-chk |
| | | 2567 | 96344 | 8/30/19 | 2,436.00 | | Computer-chk |
| | | 2568 | 96612 | 8/23/19 | 948.00 | | Computer-chk |
| | | 2569 | 97204 | 8/30/19 | 2,138.12 | | Computer-chk |
| | | 2570 | 97205 | 8/31/19 | 670.01 | | Computer-chk |
| | | 2571 | 96011 | 9/05/19 | 82.40 | | Computer-chk |
| | | 2572 | 96584 | 8/31/19 | 690.00 | | Computer-chk |
| | | 2573 | 94898 | 9/09/19 | 4,588.11 | | Computer-chk |
| | | 2574 | 97223 | 9/11/19 | 797.70 | | Computer-chk |
| | | 2575 | 97235 | 9/08/19 | 3,863.50 | | Computer-chk |
| | | 2576 | 97263 | 9/12/19 | 1,658.00 | | Computer-chk |
| | | 2577 | 97272 | 9/11/19 | 667.20 | | Computer-chk |
| | | 2578 | 96023 | 9/09/19 | 620.00 | | Computer-chk |
| | | 2579 | 88762 | 9/11/19 | 600.00 | | Computer-chk |
| | | 2580 | 95112 | 9/07/19 | 1,073.75 | | Computer-chk |
| | | 2586 | 89433 | 9/18/19 | 5,567.52- | | Computer-chk |
| | | 2587 | 96042 | 9/13/19 | 261.92 | | Computer-chk |
| | | 2588 | 97285 | 9/16/19 | 3,768.54 | | Computer-chk |
| | | 2589 | 95120 | 9/13/19 | 644.25 | | Computer-chk |
| | | 2628 | 92619 | 9/26/19 | 32,817.45- | | Computer-chk |

C H E C K   R E G I S T E R

--------------------------------------------------------------------------------------------------------------------

| Check-date | Check-# | Vend-# | Name | Check-amount | Discount-taken | Pmt Type |
|---|---|---|---|---|---|---|

--------------------------------------------------------------------------------------------------------------------

| 10/03/19 | 568 | 2 | JHJ INC | .00 | .00 | |

Cash acct total:00-107001                           153,124.23
              CASH IN BANK - IBERIA

-- End of report --

C H E C K   R E G I S T E R

Starting check date: 11/15/18      Starting vendor number: 10180      Cash account #: 00-107001
  Ending check date: 11/15/19      Ending vendor number: 10180
  Check number: "ALL"   Show invoice detail: Yes  In order by: Date

Report location :P:\RWWRK/14361106.pdf

--------------------------------------------------------------------------------------------------------------------
Check-date  Check-#   Vend-# Name                      Check-amount   Discount-taken  Pmt Type
--------------------------------------------------------------------------------------------------------------------

                  Vchr-#  Invoice-#          Inv-date     Amount-paid     Disc-taken
                   2590   78697               8/30/19        384.00
                                                                                       Computer-chk
10/03/19    569   10180   SVFOODS OLD HAMMOND                384.00                .00

   Cash acct total:00-107001                                384.00
                CASH IN BANK - IBERIA

-- End of report --

CHECK REGISTER

Starting check date: 11/15/18      Starting vendor number: 10123      Cash account #: 00-107001
  Ending check date: 11/15/19      Ending vendor number: 10123
    Check number: "ALL"   Show invoice detail: Yes  In order by: Date

Report location :P:\RWWRK/14405276.pdf

------------------------------------------------------------------------------------------------------------------
Check-date   Check-#   Vend-#  Name                        Check-amount    Discount-taken  Pmt Type
------------------------------------------------------------------------------------------------------------------

                       Vchr-#  Invoice-#      Inv-date    Amount-paid     Disc-taken
                       1793    86195          2/04/19        259.05-                      Computer-chk
                       1794    86278          2/11/19        309.16                       Computer-chk
                       1795    86333          2/06/19        795.07                       Computer-chk
                       1796    86336          3/05/19        179.80                       Computer-chk
                       1797    86198          2/19/19        250.98-                      Computer-chk
4/23/19      423       10123   SVFOODS WESTWEGO               774.00            .00


    Cash acct total:00-107001                                774.00
                     CASH IN BANK - IBERIA


-- End of report --

| Case Title | Case Number | Nature of Case | Court Name | Status |
|---|---|---|---|---|
| Tammy Adams v. Shoppers Value Foods f/k/a Piggly Wiggly, JHJ, Inc. and XYZ Insurance Company | C660212 | Civil | 19th JDC - East Baton Rouge | Appealed to 1st Circuit |
| Uilaya Augustus obo Sahara Augustus v. Shoppers Value Foods, et al | C663839 | Civil | 19th JDC - East Baton Rouge | Pending |
| Darius Johnson v. Lafayette Piggly Wiggly, et al | 20182068 | Civil | 15th JDC - Lafayette | Pending |
| Leon Maloid v. Shoppers Value Foods | C669634 | Civil | 19th JDC - East Baton Rouge | Pending |
| Ricky Alonzo v. JHJ, Inc. | 797504 | Civil | 24th JDC - Jefferson | Pending |
| Daniel Angelle v. JHJ, Inc., Shoppers Value Foods and Argonaut Great Central Insurance Company | 20194950 | Civil | 15th JDC - Lafayette | Pending |
| Emma Ard v. SVFoods Walker, LLC dba Shoppers Value Foods | C676669 | Civil | 19th JDC - East Baton Rouge | Pending |
| Rodney Benjamin v. JHJ, Inc, THG Enterprises, LLC, Baker Piggly Wiggly, LLC, BR Pig, LLC, T&S Markets, LLC, TSD Markets, LLC, et al | 20194090 | Civil | 15th JDC - Lafayette | Pending |
| Bruce Centanni v. SVFoods Jefferson, LLC dba Shoppers Value Foods, et al | 798963 | Civil | 24th JDC - Jefferson | Pending |
| Rosemary Claverie v. JHJ, Inc. dba Shoppers Value Foods and Trident Insurance, Inc. | 799619 | Civil | 24th JDC - Jefferson | Pending |
| Shelia Dillon v. JHJ, Inc dba Shoppers Value Foods, et al | 791713 | Civil | 24th JDC - Jefferson | Pending |
| Brenda D. Frank, et al. v. J-H-J, Inc., et al | 20197143 | Civil | 15th JDC - Lafayette | Pending |
| Acquinette Levier v. SVFoods Westwego, LLC | 129258 | Civil | 2nd Parish Court - Jefferson | Pending |
| Shandrell McDonald v. JHJ, Inc. dba Shoppers Value Foods and Argonaut Great Central Company | 201906676 | Civil | Orleans CDC | Pending |
| Christopher Minix v. Argonaut Great Central Insurance Company and JHJ, Inc. | C687011 | Civil | 19th JDC - East Baton Rouge | Pending |
| Kenneth Pickens v. JHJ, Inc., et al | 20194635 | Civil | 15th JDC - Lafayette | Pending |
| Mark Prejeant v. JHJ, In. dba Shoppers Value Foods | 796093 | Civil | 24th JDC - Jefferson | Pending |
| Chadwick Reynolds v. Shoppers Value Foods, and/or Lafayette Piggly Wiggly, LLC dba SVF | 20194449 | Civil | 15th JDC - Lafayette | Pending |
| Albert Smith v. JHJ, Inc dba Shoppers Value Foods and Argonaut Great Central Company | 164050 | Civil | 21st JDC -- Livingston | Pending |
| Tenrines Thibodeaux v. Shoppers Value Foods, et al | 20193270 | Civil | 15th JDC - Lafayette | Pending |
| Tyrone Torrence v. Argonaut Great Central Insurance Company, et al. | 690256 | Civil | 19th JDC - East Baton Rouge | Pending |
| Nola West v. JHJ, Inc., THG Enterprises, LLC, Baker Piggly Wiggly, LLC, et al | 683292 | Civil | 19th JDC - East Baton Rouge | Pending |
| Jeanetta Green v. JHJ, Inc. dba Shoppers Value Foods, Sullivan's Inc. dba Shoppers Value Foods, et al | 2019-CV-02761 | Civil | Monroe City Court - Oachita | Pending |
| US Bank, N.A. v. THG Enterprises, LLC | C582474 | Civil | 19th JDC - East Baton Rouge | Pending |



EXHIBIT

B