**SO ORDERED.**

**SIGNED January 30, 2020.**



_____
**JOHN W. KOLWE
UNITED STATES BANKRUPTCY JUDGE**
_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF LOUISIANA
Lafayette Division**

| | |
|---|---|
| **IN RE:** | **CASE NO. 19-51367** |
| **J-H-J, Inc.,** *et al.*, | **CHAPTER 11** |
| **DEBTORS** | **JOINTLY ADMINISTERED** |

**ORDER**

Considering the *Motion for Entry of Order (i) Approving Sale of T&S Equipment at Public Auction Free and Clear of All Liens, Interests, Claims and Encumbrances Pursuant to Section 363 of the Bankruptcy Code; (ii) Approving Contract with Auctioneer; and, (iii) Setting Date to Conduct Auction* [Doc. 140] ("Motion"), filed by T&S Markets, LLC ("T&S") and JHJ, Inc. ("JHJ"; and, collectively with T&S, the "Debtors"); the lack of objection thereto; the January 28, 2020 hearing on this matter, and applicable law;

IT IS ORDERED that the Motion is GRANTED and, pursuant to 11 U.S.C. §363(f), the sale to the highest bidder(s) at public auction ("Auction") of all equipment owned by T&S and located at the Jones Creek Store ("Equipment"), free and clear of all liens, interests, claims and encumbrances is hereby approved;

IT IS FURTHER ORDERED that the Debtors are authorized to engage Grafe Auction Company ("Grafe"), as auctioneer, to conduct the Auction as described in the Motion and on the terms set forth in the Grafe Contract [Doc. 140-1];

IT IS FURTHER ORDERED that the Auction shall be held at the Jones Creek Store on February 13, 2020 at 10:00 a.m., through which only online bidding procedures will be utilized;

IT IS FURTHER ORDERED that this Order shall only apply to Equipment owned by T&S and shall not apply to any equipment owned by third parties;

IT IS FURTHER ORDERED that all liens, interests, claims and encumbrances of SuperValu, Inc. and/or SuperValu entities ("SuperValu") affecting the Equipment shall attach to the net proceeds of the sale of such Equipment at the Auction; and, T&S is authorized and directed to pay all such net proceeds to SuperValu upon receipt of same.

IT IS FURTHER ORDERED that T&S, through its officers, and Grafe are authorized to execute any and all documents to effectuate the sale of the Equipment at the Auction as provided in this Order.

IT IS FURTHER ORDERED that the stay provided by FRBP 6004(h) is waived so as to allow T&S, Grafe, and the purchasers of the Equipment at Auction to proceed immediately to closing.

###

Respectfully submitted by:
Barbara B. Parsons, La Bar No. 28714
THE STEFFES FIRM, LLC
13702 Coursey Blvd., Bldg. 3
Baton Rouge, LA 70817
Telephone: (225) 751-1751
E-mail: bparsons@steffeslaw.com
*Counsel for Debtors*